# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147097 & (58)(59)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                              SC: 147097
                                               COA: 306796
                                               Kalamazoo CC: 2008-000570-FC
ANTHONY JUAN ALLEN,
          Defendant-Appellant.

_____/

     On order of the Court, the motion to add issues is GRANTED.  The application for leave to appeal the March 26, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



s1118

Clerk